IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-00064-01-CR-W-BP |
| | ) | |
| MAURICE GREEN, | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING PLEA OF GUILTY

On October 2, 2024, the Honorable Jill A. Morris, United States Magistrate Judge for this District, recommended the Court accept Defendant's plea of guilty to one count of possession of a machinegun. (Doc. 25.) There has been no objection to Judge Morris's recommendation and the time for objecting has passed. Accordingly, the Court adopts the recommendation, (Doc. 25); Defendant's plea of guilty is now accepted and he is adjudged guilty. Sentencing will be set by Order of the Court.

**IT IS SO ORDERED.**

DATE: March 3, 2025

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT